|  | AUSA: | Jihan Williams | Telephone: (313) 226-9520 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Joshua Lay (ATF) | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Trevon BRYANT

Case: 2:19-mj-30321
Judge: Unassigned,
Filed: 06-06-2019 At 11:44 AM
CMP USA V. BRYANT (LH)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 6, 2019_____ in the county of _____Wayne County_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 26 U.S.C. § 5681(d) | Possession of an unregistered firearm |
| Title 26 U.S.C. § 5681(k) | Possession of an imported firearm |

This criminal complaint is based on these facts:

☐ Continued on the attached sheet.

*Complainant's signature*

Special Agent Joshua Loy, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **JUN 0 6 2019**

City and state: Detroit, Michigan

*Judge's signature*

Hon. Mona Majzoub, United States Magistrate Judge
*Printed name and title*

## **INTRODUCTION**

I, Special Agent (S/A) Joshua Loy, being first duly sworn, hereby depose and state as follows:

1. I have personal knowledge of the facts set forth in this affidavit with the exception of the matters expressly stated to be based upon information and belief.

2. I make this affidavit with personal knowledge based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. In preparing this affidavit, I have been assisted by S/A Michael DeVantier. S/A DeVantier has been a S/A with the Bureau of Alcohol Tobacco Firearms and Explosives (ATF) for approximately ten years, and Customs and Border Protection Officer for approximately eight years. S/A DeVantier has been an affiant on numerous search and arrest warrants resulting in the seizure of large amounts of illegal narcotics and firearms.

4. I have been employed as an S/A with ATF one (1) year. I am

-1-

currently assigned to the Detroit, Michigan Field Division, Group 4, where I am tasked with investigating violations of firearms and narcotics laws. I have been involved in investigations involving violations of federal firearms and narcotics laws, which have resulted in the seizure of firearms and narcotics. In addition, I have graduated from Ferris State University with a B.S. in Criminal Justice, an M.S in Criminal Justice from the University of Cincinnati, the Federal Law Enforcement Training Center, and the ATF Special Agent Basic Training.

5. I am currently conducting an investigation into the violation of federal firearm laws by Trevon BRYANT (B/M, DOB XX/XX/2000). A criminal history check of BRYANT shows that he is not a convicted felon.

6. On June 5, 2019, S/A Loy obtained a Federal Search Warrant for the residence located at 12130 Asbury Park, Detroit, Michigan (19-mc-50849) issued by Hon. Mona K. Majzoub. This residence is controlled by Trevon BRYANT.

7. On June 6, 2019, S/A Loy, along with other members of ATF, and Detroit Police Department executed the above warrant. While clearing the residence, agents located two individuals in the Northeast bedroom of the first floor at which time Trevon BRYANT and the other individual were detained coming from the bedroom. Once the residence was secured, a search was conducted and following item was located:

    a. One (1) loaded, Glock 26, 9mm, pistol, serial #REH351, with a Glock

-3-

Conversion kit attached, a laser sight attachment, an extended magazine, serial #REH 351, located in a cooler in the Northeast bedroom. Found and recovered by S/A DeVantier

8. S/A DeVantier advised BRYANT of Miranda rights and questioned him relating to money, valuables, firearms and narcotics within the residence. BRYANT denied any knowledge of money, valuable, firearms or narcotics in the residence. Once firearm was located, again S/A DeVantier questioned BRYANT about the firearm found in his bedroom. BRYANT acknowledged ownership of the firearm, the Glock Conversion Kit attached, and stated he fired the firearm and it functioned fully automatic.

9. I know based on my training and experience as a Special Agent with ATF as well as conversations with other individuals who are employed by ATF that the One (1) loaded, Glock 26, 9mm, pistol, serial #REH351, with a Glock Conversion kit attached, a laser sight attachment, and extended magazine is considered an NFA firearm that was not registered to BRYANT in the National Firearms Registration and Transfer Record.

## Conclusion

10. Based on the above information, I have probable cause to believe that Trevon BRYANT, was in possession of the above described firearm which is in violation of Title 26 U.S.C., Sec. 5681(d) Possessing an unregistered firearm and 26 U.S.C. 5681(k) Possessing an imported firearm.

                                                   _____
                                                   Joshua Loy, Special Agent
                                                   Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed before me the 6th of June, 2019

_____
Hon. Mona K. Majzoub
United States Magistrate Judge

Dated: **JUN 0 6 2019**
           _____